STATE OF CONNECTICUT *v.* ROBERT S. BUIE

The defendant's petition for certification for appeal from the Appellate Court, 129 Conn. App. 777 (AC 31049), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that, in the context of a search of a private home, the apparent authority doctrine does not violate article first, § 7, of the constitution of Connecticut?"

The Supreme Court docket number is SC 18887.

*Neal Cone,* senior assistant public defender, in support of the petition.

*Bruce R. Lockwood,* senior assistant state's attorney, in opposition.

Decided November 17, 2011

ROBERT JOHN WHITE *v.* ESTATE OF
MICHAEL A. WHITE

The plaintiff's petition for certification for appeal from the Appellate Court, 129 Conn. App. 902 (AC 32835), is denied.

McLACHLAN and EVELEIGH, Js., did not participate in the consideration of or decision on this petition.